UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GRIMM SR., JEFFREY MICHAEL    § Case No. 13-21348
§
§
Debtor(s)    §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 21, 2013. The undersigned trustee was appointed on May 21, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $    115,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 71,650.50 |
| Administrative expenses | 17,054.68 |
| Bank service fees | 462.66 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 25,832.16 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

  6. The deadline for filing non-governmental claims in this case was 02/19/2015 and the deadline for filing governmental claims was 02/19/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $0.00 as interim compensation and now requests the sum of $4,901.49, for a total compensation of $4,901.49.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/27/2015  By: /s/NORMAN NEWMAN
         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-21348  **Trustee:** (330270) NORMAN NEWMAN
**Case Name:** GRIMM SR., JEFFREY MICHAEL  **Filed (f) or Converted (c):** 05/21/13 (f)
 **§341(a) Meeting Date:** 06/24/13
**Period Ending:** 07/27/15  **Claims Bar Date:** 02/19/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 1611 S. Princeton, Arlington Heights, IL 60005  Imported from original petition Doc# 1 | 425,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2752 Ridgeview Drive, Lake Carroll, IL  Imported from original petition Doc# 1 | 80,000.00 | 50,000.00 | | 115,000.00 | FA |
| 3 | nominal cash  Imported from original petition Doc# 1 | 75.00 | 75.00 | | 0.00 | FA |
| 4 | misc furniture furnishings and electronics  Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 5 | clothing  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | term life policy with AIG  Imported from original petition Doc# 1 | 1.00 | 1.00 | | 0.00 | FA |
| 7 | Union Benefits  Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 8 | 100% of the stock in Contact Heating and Air  Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 9 | Ex-wife's 401(k)  Imported from original petition Doc# 1 | 9,000.00 | 0.00 | | 0.00 | FA |
| 10 | Tax Refund  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| **10** | **Assets Totals** (Excluding unknown values) | **$514,678.00** | **$50,076.00** | | **$115,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sold real estate in Lake Carroll, Illinois. Received tax returns.

**Initial Projected Date Of Final Report (TFR):** November 30, 2014  **Current Projected Date Of Final Report (TFR):** November 30, 2015

Exhibit B

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-21348  
**Case Name:** GRIMM SR., JEFFREY MICHAEL  
**Taxpayer ID #:** **-***1796  
**Period Ending:** 07/27/15  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******9066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/17/14 | | Security First Title Co. | Proceeds from the Sale of Property | | | 28,629.62 | | 28,629.62 |
| | {2} | | Sales Price | 115,000.00 | 1110-000 | | | 28,629.62 |
| | | | LCA Dues | 182.85 | 2420-000 | | | 28,629.62 |
| | | | Mortgage Payoff-Fifth Third Bank | -31,650.50 | 4110-000 | | | 28,629.62 |
| | | | Broker Commission | -5,000.00 | 3510-000 | | | 28,629.62 |
| | | | County Tax | -3,783.06 | 2820-000 | | | 28,629.62 |
| | | | Co-Owner Terrence Grimm | -40,000.00 | 4110-002 | | | 28,629.62 |
| | | | Document Preparation | -75.00 | 2600-000 | | | 28,629.62 |
| | | | Title Insurance | -385.00 | 2500-000 | | | 28,629.62 |
| | | | State Title Policy Fee | -3.00 | 2500-000 | | | 28,629.62 |
| | | | UPS Overnight fee | -50.00 | 2600-000 | | | 28,629.62 |
| | | | Wire Fee | -50.00 | 2600-000 | | | 28,629.62 |
| | | | Seller CPL | -50.00 | 2500-000 | | | 28,629.62 |
| | | | State Tax-Stamps | -172.50 | 2820-000 | | | 28,629.62 |
| | | | Transfer Fee | -125.00 | 2500-000 | | | 28,629.62 |
| | | | 2013 Real Estate Taxes | -4,459.17 | 2820-000 | | | 28,629.62 |
| | | | Additional Payment to Real Estate Broker | -750.00 | 3510-000 | | | 28,629.62 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.35 | 28,617.27 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 46.64 | 28,570.63 |
| 01/22/15 | 101 | MILLER COOPER | Payment of Retainer | | 3410-000 | | 2,500.00 | 26,070.63 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 40.85 | 26,029.78 |
| 02/11/15 | 102 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-21348, Bond Number 10BSBGR6291 Voided on 02/11/15 | | 2300-000 | | 9.60 | 26,020.18 |
| 02/11/15 | 102 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-21348, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | | 2300-000 | | -9.60 | 26,029.78 |
| 02/11/15 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-21348, Bond Number 10BSBGR6291 Voided on 02/11/15 | | 2300-000 | | 9.80 | 26,019.98 |
| 02/11/15 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE | | 2300-000 | | -9.80 | 26,029.78 |

Subtotals : $28,629.62  $2,599.84

{} Asset reference(s)

Printed: 07/27/2015 03:48 PM   V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-21348
**Case Name:** GRIMM SR., JEFFREY MICHAEL

**Taxpayer ID #:** **-***1796
**Period Ending:** 07/27/15

**Trustee:** NORMAN NEWMAN (330270)
**Bank Name:** RABOBANK, N.A.
**Account:** ******9066 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #13-21348, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | | | | |
| 02/11/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-21348, BOND NUMBER 10BSBGR6291 | 2300-000 | | 9.80 | 26,019.98 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.94 | 25,985.04 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.86 | 25,945.18 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.31 | 25,907.87 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.02 | 25,871.85 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.69 | 25,832.16 |
| | | | ACCOUNT TOTALS | | 28,629.62 | 2,797.46 | $25,832.16 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 28,629.62 | 2,797.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,629.62** | **$2,797.46** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9066** | 28,629.62 | 2,797.46 | 25,832.16 |
| | $28,629.62 | $2,797.46 | $25,832.16 |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 19, 2015

**Case Number:** 13-21348  
**Debtor Name:** GRIMM SR., JEFFREY MICHAEL  

Page: 1

**Date:** July 27, 2015  
**Time:** 03:48:01 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| MC 199 | MILLER COOPER<br>1751 LAKE COOK ROAD<br>SUITE 400<br>DEERFIELD, IL 60015 | Admin Ch. 7 | | $2,740.70 | $2,500.00 | 240.70 |
| NBN 200 | NORMAN NEWMAN<br>191 N. WACKER DRIVE<br>SUITE 1800<br>CHICAGO, IL 60606-1615 | Admin Ch. 7 | | $7,000.00 | $0.00 | 7,000.00 |
| MS-E 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $347.17 | $0.00 | 347.17 |
| MS-F 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $29,201.00 | $0.00 | 29,201.00 |
| 2-P 570 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | 0843 | $300.00 | $0.00 | 300.00 |
| 1 100 | Fifth Third Bank<br>P.O. Box 9013<br>Addison, TX 75000-1 | Secured | 3105<br>Amounts owing have been paid out of proceeds from sale of real estate (see HUD-1). Also confirmed via e-mail with representative of Fifth Third Bank (see e-mail dated 7/1/15). | $0.00 | $0.00 | 0.00 |
| 3 610 | Atlas Acquisitions LLC (CITIBANK SOUTH DAKOTA, N)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $13,867.01 | $0.00 | 13,867.01 |
| 4 610 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $24,469.92 | $0.00 | 24,469.92 |
| 5 610 | Amalgated Bank<br>POB 1106<br>Chicago, IL 60690 | Unsecured | | $3,914.69 | $0.00 | 3,914.69 |
| 6 610 | Midland Credit Management, Inc<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $10,951.00 | $0.00 | 10,951.00 |
| 7 610 | Midland Credit Management, Inc<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $2,393.31 | $0.00 | 2,393.31 |
| 8 610 | Midland Credit Management, Inc<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $12,768.78 | $0.00 | 12,768.78 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 19, 2015

**Case Number:** 13-21348  
**Debtor Name:** GRIMM SR., JEFFREY MICHAEL  

Page: 2

**Date:** July 27, 2015  
**Time:** 03:48:01 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 9<br>610 | John C Wheeler<br>as assignee for Mid-Way Supply Inc<br>C/O Attorney Michael Weis, PO Box 1166<br>Northbrook, IL 60065 | Unsecured | | $4,091.48 | $0.00 | 4,091.48 |
| 10<br>610 | Frontier Communications<br>19 Johns St.<br>Middletown, NY 10940-4918 | Unsecured | | $223.93 | $0.00 | 223.93 |
| 11<br>610 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured | | $608.88 | $0.00 | 608.88 |
| 2-U<br>610 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | 0843 | $100.00 | $0.00 | 100.00 |
| **<< Totals >>** | | | | 112,977.87 | 2,500.00 | 110,477.87 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 13-21348
Case Name: GRIMM SR., JEFFREY MICHAEL
Trustee Name: NORMAN NEWMAN

**Balance on hand:**   $    25,832.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 25,720.19 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $    0.00
Remaining balance:   $    25,832.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN NEWMAN | 7,000.00 | 0.00 | 4,901.49 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 29,201.00 | 0.00 | 20,446.88 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 347.17 | 0.00 | 243.09 |
| Accountant for Trustee, Fees - MILLER COOPER | 2,740.70 | 2,500.00 | 240.70 |

Total to be paid for chapter 7 administration expenses:   $    25,832.16
Remaining balance:   $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $    0.00
Remaining balance:   $    0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $300.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2-P | Internal Revenue Service | 300.00 | 0.00 | 0.00 |
| | Total to be paid for priority claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,389.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Atlas Acquisitions LLC (CITIBANK SOUTH DAKOTA, N) | 13,867.01 | 0.00 | 0.00 |
| 4 | Capital One, N.A. | 24,469.92 | 0.00 | 0.00 |
| 5 | Amalgated Bank | 3,914.69 | 0.00 | 0.00 |
| 6 | Midland Credit Management, Inc | 10,951.00 | 0.00 | 0.00 |
| 7 | Midland Credit Management, Inc | 2,393.31 | 0.00 | 0.00 |
| 8 | Midland Credit Management, Inc | 12,768.78 | 0.00 | 0.00 |
| 9 | John C Wheeler | 4,091.48 | 0.00 | 0.00 |
| 10 | Frontier Communications | 223.93 | 0.00 | 0.00 |
| 11 | WORLD'S FOREMOST BANK | 608.88 | 0.00 | 0.00 |
| 2-U | Internal Revenue Service | 100.00 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**