UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| JEFFREY M. GRIMM, SR. | ) Case No. 13-21348 |
| | ) Hon. Janet A. Baer |
| | ) Hearing Date: Tuesday, October 27, 2015 |
| Debtor. | ) @ 10:00 a.m. |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on **Tuesday, October 27, 2015 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet A. Baer, presiding in Courtroom 615, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Trustee's Application for Compensation and Expenses** and shall seek entry of an order in accordance therewith.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

    Norman B. Newman, an attorney, hereby certifies that on September 28, 2015, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice and via U.S. mail to those parties as indicated on the attached service list.

/s/Norman B. Newman

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Jeffrey M. Grimm, Sr.
1611 S. Princeton
Arlington Heights, IL 60005

Daniel K. Robin, Ltd.
121 S. Wilke Road, Suite 201
Arlington Heights, IL 60005

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GRIMM SR., JEFFREY MICHAEL | ) | Case No. 13-21348 JSB |
| | ) | |
| | ) | Hon. JANET S. BAER |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

To:   THE HONORABLE JANET S. BAER

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $7,000.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $75,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 4,500.00 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 1,250.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 7,000.00 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: July 17, 2015

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Jeffrey M. Grimm, Sr.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **07/09/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010934.0009**

13 - Trustee Matters

### FEES THROUGH JULY 9, 2015

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/17/13 | NBN | Telephone conference with C. Griffin regarding J. Grimm real estate (.20); discussion with MB Robinson regarding tract search (.20); review Grimm real estate conveyance documents (.30); review schedules and SOFA (.40). | 1.10 |
| 07/19/13 | NBN | Correspondences with Debtor's attorney regarding real estate. | 0.20 |
| 08/06/13 | NBN | Correspondences with Debtor's attorney regarding offer for real estate. | 0.20 |
| 08/07/13 | NBN | Correspondences with D. Robin regarding dealing with real estate (.20); further review of tract search information (.30). | 0.50 |
| 08/29/13 | NBN | Meet with J. Schwartz regarding motion to enter into Listing Agreement and background information regarding subject property. | 0.30 |
| 09/04/13 | NBN | Review final version of Listing Agreement and Rider (.30); review filed motion (.20). | 0.50 |
| 09/20/13 | NBN | Review listing of property and correspondences with C. Griffin regarding sale activity. | 0.30 |
| 10/30/13 | NBN | Correspondences with C. Griffin regarding status of sale efforts. | 0.20 |
| 10/31/13 | NBN | Correspondences with C. Griffin regarding upcoming showing of the property. | 0.20 |
| 11/07/13 | NBN | Telephone conference with Debtor and Debtor's attorney regarding access to Lake Carroll property and correspondences with C. Griffin regarding same. | 0.40 |
| 11/18/13 | NBN | Correspondences with C. Griffin regarding keys to property provided. | 0.20 |
| 02/24/14 | NBN | Correspondence with C. Griffin regarding Lake Carroll sale activity. | 0.20 |
| 02/27/14 | NBN | Correspondences with C. Griffin regarding status of sale efforts. | 0.20 |

**PLEASE SEND PAYMENT TO:**           **Payment due within 30 days of invoice**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com           thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Jeffrey M. Grimm, Sr.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: 07/09/2015

Billing Attorney: **Norman B. Newman**

Matter Number: **0010934.0009**

13 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 05/22/14 | NBN | Correspondences with C. Griffin regarding reducing listing price on Lake Carroll property. | 0.30 |
| 09/16/14 | NBN | Correspondences with C. Griffin regarding update on sale activity. | 0.20 |
| 09/19/14 | NBN | Meet with J. Benson regarding preparing sale motion. | 0.30 |
| 09/22/14 | NBN | Review buyer's earnest money check and attorney contact information (.20). telephone call with D. Robin regarding offer and selling the property (.20). | 0.40 |
| 10/06/14 | NBN | Discussion with J. Benson regarding Fifth Third payoff letter and review payoff letter. | 0.30 |
| 10/07/14 | NBN | Correspondences with Debtor's attorney regarding co-mortgagor identity. | 0.20 |
| 10/27/14 | NBN | Telephone call with J. Grimm regarding status of personal property sale. | 0.20 |
| 10/30/14 | NBN | Meet with J. Benson regarding following entered sale order and scheduling order. | 0.30 |
| 11/13/14 | NXS | Open bank account, obtain federal tax number (.20). | 0.20 |
| 11/14/14 | NBN | Telephone conference with C. Griffin regarding closing today and sending final documents and check. | 0.30 |
| 11/17/14 | NBN | Review executed HUD statement and deposit sale proceeds. | 0.30 |
| 11/17/14 | NXS | Deposited funds received from sale of real estate (.30). | 0.30 |
| 11/18/14 | NBN | Further review of HUD Statement regarding allocation of sale proceeds (.20); review initial asset notice (.10); review claim bar date notice (.10). | 0.40 |
| 11/26/14 | NBN | Review claim of IRS. | 0.20 |
| 12/01/14 | NBN | Review claim of Citibank (.10); review HUD statement for Report of Sale (.20). | 0.30 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**


**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100
FEIN 36-2757501

Jeffrey M. Grimm, Sr.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **07/09/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010934.0009**

13 - Trustee Matters

| Date | Atty. | Description | Hours |
| --- | --- | --- | --- |
| 12/02/14 | NBN | Discussion with J. Benson regarding preparing Report of Sale. | 0.20 |
| 12/08/14 | NBN | Review claims of Capital One and Amalgamated Bank. | 0.30 |
| 12/10/14 | NXS | Reconcile bank account. | 0.20 |
| 12/11/14 | NBN | Meet with J. Benson regarding motion to employ accountant. | 0.20 |
| 12/18/14 | NBN | Review claim of Midland Credit Management. | 0.20 |
| 01/12/15 | NXS | Reconcile bank account. | 0.20 |
| 01/22/15 | NBN | Letter to C. Cohen regarding retainer and engagement letter. | 0.20 |
| 01/22/15 | NXS | Prepare retainer check to Miller Cooper pursuant to Court Order dated 1/21/5. | 0.20 |
| 01/26/15 | NBN | Review filed proof of claim. | 0.20 |
| 02/11/15 | NXS | Issue check to Trustee re: blanket bond. | 0.10 |
| 02/12/15 | NXS | Reconcile bank account. | 0.20 |
| 02/16/15 | NBN | Review forms 1 and 2 and correspondences with A. Katz. | 0.30 |
| 02/27/15 | NBN | Correspondences with Debtor's attorney regarding creditor account number information. | 0.20 |
| 03/11/15 | NXS | Reconcile bank statement. | 0.20 |
| 04/14/15 | NXS | Reconcile bank statements. | 0.20 |
| 04/20/15 | NBN | Telephone conference with C. Cohen regarding tax return information. | 0.20 |
| 04/29/15 | NBN | Telephone conference with A. Katz regarding tax id number and source of revenue. | 0.20 |
| 05/15/15 | NXS | Reconcile bank statements. | 0.20 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 8477 Solution Center ▪ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.



# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Jeffrey M. Grimm, Sr.
c/o Norman B. Newman, Trustee
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **07/09/2015**

Billing Attorney: **Norman B. Newman**

Matter Number: **0010934.0009**

13 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 06/05/15 | NXS | Reconcile bank statements. | 0.20 |
| | | **Total Hours** | **12.60** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.