UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| JEFFREY M. GRIMM, SR. | ) | Case No. 13-21348 |
| | ) | Hon. Janet A. Baer |
| | ) | Hearing Date: Tuesday, October 27, 2015 |
| Debtor. | ) | @ 10:00 a.m. |

## NOTICE OF MOTION

**TO: SEE ATTACHED SERVICE LIST**

     PLEASE TAKE NOTICE that on **Tuesday, October 27, 2015 at 10:00 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet A. Baer, presiding in Courtroom 615, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Application of Trustee's Attorneys for the Allowance of Final Compensation and Reimbursement of Expenses** and shall seek entry of an order in accordance therewith.

                                       /s/ Norman B. Newman
                                       Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

     Norman B. Newman, an attorney, hereby certifies that on September 28, 2015, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice and via U.S. mail to those parties as indicated on the attached service list.

                                         /s/Norman B. Newman

## SERVICE LIST

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Jeffrey M. Grimm, Sr.
1611 S. Princeton
Arlington Heights, IL 60005

Daniel K. Robin, Ltd.
121 S. Wilke Road, Suite 201
Arlington Heights, IL 60005

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 7** |
| **JEFFREY M. GRIMM, SR.** | ) | Case No. 13-21348 |
| | ) | Hon. Janet A. Baer |
| | ) | Hearing Date: Tuesday, October 27, 2015 |
| Debtor. | ) | @ 10:00 a.m. |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE
ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period July 22, 2013 through July 9, 2015. In support of this Application, Much Shelist respectfully states as follows:

1. On May 21, 2013, Jeffrey M. Grimm, Sr. (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed, qualified and continues to serve as Chapter 7 Trustee herein.

2. On July 31, 2013, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case. This application includes legal services rendered by the Trustee. Mr. Newman has taken care to distinguish his legal services from his Trustee services. Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this

case. To date, Much Shelist has received no amounts whatsoever for services it has rendered in this case.

4. Much Shelist provided 56.60 hours of services on behalf of Trustee during the time period covered by this application. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 7.00 hrs. | $605.00/hr. | $4,235.00 |
| Norman B. Newman | 25.40 hrs. | $625.00/hr. | 15,875.00 |
| Jeffrey M. Schwartz | 3.10 hrs. | $560.00/hr. | 1,736.00 |
| John A. Benson, Jr. | | | |
| | | | |
| **Paralegal** | | | |
| Sandy Holstrom | .20 hrs. | $200.00/hr. | $40.00 |
| | | | |
| **TOTAL** | **56.60 hrs.** | | **$29,201.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

5. Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in <u>In re Continental Securities Litigation</u>, 572 F. Supp. 931 (N.D. Ill. 1983) <u>modified</u> 692 F.2d 766 (7th Cir. 1992).

6. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

7. During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

2

A. **Employment of Professionals (Tab B-1)**: A total of 13.40 hours of time was expended by Much Shelist with the preparation of pleadings and an appearance in Court on the Trustee's Motion to Employ Attorneys, Trustee's Motion to Employ Real Estate Broker and Trustee' Motion to Employ Accountant. Time was also spent communicating with the Real Estate Broker regarding the review and preparation of the listing agreement, contract and riders. The individuals who provided services in connection with the Employment of Professionals and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 4.50 hrs. | $605.00/hr. | $2,722.50 |
| Norman B. Newman | .60 hrs. | $625.00/hr. | 375.00 |
| Jeffrey M. Schwartz | 3.10 hrs. | $560.00/hr. | 1,736.00 |
| Jeffrey A. Benson, Jr. | 5.20 hrs. | $350.00/hr. | 1,820.00 |
|  |  |  |  |
| **TOTAL:** | **13.40 hrs.** |  | **$6,653.50** |

B. **Disposition of Assets (Tab B-2)**: A total of 36.10 hours of time was expended by Much Shelist in connection with the disposition of the assets of this estate. The sole asset of this estate consisted of a vacant lot located in Lanark, Illinois (the "Real Estate"). Time was spent communicating with the Debtor's attorney regarding the sale of the Real Estate and a possible offer from the Debtor's father to purchase same. Much Shelist attorneys conducted numerous telephonic and written communications with the Real Estate Broker regarding listing the property, setting sales price, obtaining mortgage information, reviewing counter-offers and accepting a final offer to purchase the Real Estate in the amount of $115,000.00.

Much Shelist prepared and appeared in Court on Trustee's Motion to Sell Real Estate. Counsel reviewed sales documents, title commitment, appraisal, and a pay-off letter from Fifth Third Bank, Debtor's largest creditor and the settlement of Fifth Third Bank's claim through the proceeds of the sale. Counsel was involved in numerous telephonic and written communications

3

with the closing agent at the title company regarding receipt of a Certified Sale Order from the Bankruptcy Court and also reviewed, revised and executed numerous closing documents. The Trustee received approximately $28,000.00 in net proceeds from the sale of the Real Estate. Attorneys for the Trustee also assisted in the preparation and filing of Trustee's Report of Sale.

The individuals who provided services in connection with the Disposition of Assets and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 2.50 hrs. | $605.00/hr. | $1,512.50 |
| Norman B. Newman | 18.60 hrs. | $625.00/hr. | 11,625.00 |
| John A. Benson, Jr. | 14.80 hrs. | $350.00/hr. | 5,180.00 |
| | | | |
| **Paralegal** | | | |
| Sandy Holstrom | .20 hrs. | $200.00/hr. | $40.00 |
| | | | |
| **TOTAL:** | | | |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

    **C.**    **Claims Administration/Analysis (Tab B-3)**: A total of 3.20 hours of time was spent reviewing the claims registers for objectionable claims and communicating with the representatives of Fifth Third Bank, Atlas Acquisition and Asset Acceptance to resolve issues relating their claims or in Fifth Third Bank's case to withdraw claim. The individuals who provided services in connection with Claims Administration/Analysis and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 2.80 hrs. | $625.00/hr. | $1,750.00 |
| John A. Benson, Jr. | .90 hrs. | $350.00/hr. | 315.00 |
| | | | |
| **TOTAL:** | **3.70 hrs.** | | **$2,065.00** |

    **D.**    **Tax Issues (Tab B-4)**: Mr. Newman expended a total of 1.10 hours of time for a total of $687.50 communicating with the accountants regarding the preparation of the Debtor's

4

missing tax returns and questions pertaining to the sale of the Lanark property, as well as concerns pertaining to ownership issues. Time was spent reviewing final tax returns and transmitting same.

**E.    Fee Applications (Tab B-5)**: Much Shelist expended 2.30 hrs. dealing with the preparation of this fee application

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 2.30 hrs. | $625.00/hr. | $1,437.50 |
| | | | |
| **TOTAL:** | **2.30 hrs.** | | **$1,437.50** |

8.    During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $347.17. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

9.    The services rendered by Much Shelist as the Trustee's counsel have resulted in a benefit to this estate. Unfortunately, if the fees requested are awarded in full, there will be no funds available for distribution to unsecured creditors.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1.    Granting this Application and awarding Much Shelist final compensation in the amount of $29,201.00 plus reimbursement of out-of-pocket expenses in the amount of $347.17 for services rendered during the period July 22, 2013 through July 9, 2015;

2.    Authorizing the Trustee to pay Much Shelist the compensation awarded forthwith as a Chapter 7 expense of administration of this estate; and

     3.     Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist, P.C.**

By: /s/ Norman B. Newman
      One of Its Attorneys


Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| JEFFREY M. GRIMM, SR. | ) | Case No. 13-21348 |
| | ) | Hon. Janet A. Baer |
| | ) | Hearing Date: Tues., 10/27/15 |
| Debtor. | ) | @ 10:00 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

Name of Applicant: Much Shelist, P.C.

Authorized to provide professional services to: Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment: July 24, 2013

Period for which compensation is sought: July 22, 2013 through July 9, 2015

Amount of fees sought: $29,201.00

Amount of expense reimbursement sought: $347.17

Retainer previously received: $0.00

This is a(n): Interim Application ___ Final Application X

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 9/28/15                                               **MUCH SHELIST, P.C.**

                                                                                            By: /s/Norman B. Newman