UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| JEFFREY M. GRIMM, SR. | ) | Case No. 13-21348 |
| | ) | Hon. Janet A. Baer |
| | ) | Hearing Date: Tuesday, October 27, 2015 |
| Debtor. | ) | @ 10:00 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, October 27, 2015** at **10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Janet A. Baer or any other Judge sitting in her stead, in **Courtroom 615**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee for Authorization to Pay Final Compensation to Trustee's Accountants,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on September 28, 2015, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

5854579_1

## **SERVICE LIST**

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Jeffrey M. Grimm, Sr.
1611 S. Princeton
Arlington Heights, IL 60005

Daniel K. Robin, Ltd.
121 S. Wilke Road, Suite 201
Arlington Heights, IL 60005

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| JEFFREY M. GRIMM, SR. | ) | Case No. 13-21348 |
| | ) | Hon. Janet A. Baer |
| | ) | Hearing Date: Tuesday, October 27, 2015 |
| Debtor. | ) | @ 10:00 a.m. |

## APPLICATION OF TRUSTEE FOR AUTHORIZATION TO PAY FINAL COMPENSATION TO TRUSTEE'S ACCOUNTANTS

Norman B. Newman, Trustee herein (the "Trustee"), moves this Court for authorization to pay Miller Cooper & Co., Ltd., ("Miller Cooper") the Trustee's accountants, final compensation under §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. In support of his motion, the Trustee respectfully states as follows:

1. On May 21, 2013, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed interim trustee, qualified and continues to serve as Trustee in this case.

2. On January 21, 2015, this Court entered an Order authorizing the Trustee to employ Miller Cooper as accountants for the Trustee. The Trustee was also authorized to pay Miller Cooper a retainer in the amount of $2,500.00.

3. Based on the time value of the services rendered, Miller Cooper is entitled to receive final compensation in the amount of $2,740.70 for services rendered on behalf of the Trustee.

4. Other than is permitted under Section 504 of the Bankruptcy Code, Miller Cooper has no agreement with any other person or firm with regard to its compensation in this case.

5. At all times relevant hereto, Miller Cooper provided accounting services in the most efficient and cost effective manner.

6. Miller Cooper expended 10.40 hours of services assisting the Trustee in the preparation of final federal and state tax income returns for the year 2014. A statement of services rendered for this task is attached hereto as Exhibit "A". The individuals involved in this activity and the time expended by them are as follows:

| **Accountant** | **Hours Expended** | **Hourly Rate** | **Total** |
|---|---|---|---|
| Suzie DeWulf | .50 hrs. | $178.00/hr. | $89.00 |
| Ashley Lepcin | 5.30 hrs. | $171.00/hr. | 901.00 |
| Avrum Katz | 4.30 hrs. | $394.16/hr.* | 1,694.90 |
| Jimmy Ransdell | .30 hrs. | $186.00/hr. | 55.80 |
|  |  |  |  |
| **Total:** |  |  | **$2,740.70** |

* The hourly rate reflected is an average rate.

7. The services were rendered in connection with and in furtherance of assisting Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re: Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992). At all relevant times, Miller Cooper took care to avoid duplication of services.

8. The services rendered by Miller Cooper provided a benefit to Trustee and to the creditors of this estate.

**WHEREFORE**, Trustee respectfully prays that this Court enter an Order as follows:

1. Awarding Miller Cooper final compensation in the amount of $2,240.70 for services rendered as a Chapter 7 expense of administration of this estate;

2. Authorizing Miller Cooper to apply the $2,500.00 retainer it received against the compensation awarded;

      3.      Authorizing the Trustee to pay Miller Cooper $240.70 representing the balance owing after the application of the retainer; and

      3.      Granting such other and further relief as this Court deems appropriate.

      Respectfully submitted,

/s/ Norman B. Newman
Norman B. Newman, Chapter 7 Trustee
for the bankruptcy estate of Jeffrey M. Grimm, Sr.

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| JEFFREY M. GRIMM, SR. | ) | Case No. 13-21348 |
| | ) | Hon. Janet A. Baer |
| | ) | Hearing Date: Tuesday, October 27, 2015 |
| Debtor. | ) | @ 10:00 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

Name of Applicant:                                    Miller Cooper & Co., Ltd.

Authorized to provide professional services to:      Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:                January 21, 2015

Period for which compensation is sought:             1/21/15 through 7/6/15

Amount of fees sought:                               $2,740.70

Amount of expense reimbursement sought:              $0.00

Retainer previously received:                        $2,500.00

This is a(n):            Interim Application ___        Final Application X
Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated:  9/28/15                                       **Miller Cooper & Co., Ltd.**

                                                      By: /s/Norman B. Newman