# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: GRIMM SR., JEFFREY MICHAEL     §   Case No. 13-21348
                                      §
                                      §
Debtor(s)                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 10/27/2015 in Courtroom 615, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  09/28/2015            By:  /s/ Norman B. Newman
                                                    Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: GRIMM SR., JEFFREY MICHAEL  §  Case No. 13-21348
§
§
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 115,000.00 |
| *and approved disbursements of* | $ 89,167.84 |
| *leaving a balance on hand of* [1] | $ 25,832.16 |
| **Balance on hand:** | $ 25,832.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | Fifth Third Bank | 25,720.19 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 25,832.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - NORMAN NEWMAN | 7,000.00 | 0.00 | 4,901.49 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 29,201.00 | 0.00 | 20,446.88 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 347.17 | 0.00 | 243.09 |
| Accountant for Trustee, Fees - MILLER COOPER | 2,740.70 | 2,500.00 | 240.70 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 25,832.16 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $300.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2-P | Internal Revenue Service | 300.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,389.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Atlas Acquisitions LLC (CITIBANK SOUTH DAKOTA, N) | 13,867.01 | 0.00 | 0.00 |
| 4 | Capital One, N.A. | 24,469.92 | 0.00 | 0.00 |
| 5 | Amalgated Bank | 3,914.69 | 0.00 | 0.00 |
| 6 | Midland Credit Management, Inc | 10,951.00 | 0.00 | 0.00 |
| 7 | Midland Credit Management, Inc | 2,393.31 | 0.00 | 0.00 |
| 8 | Midland Credit Management, Inc | 12,768.78 | 0.00 | 0.00 |
| 9 | John C Wheeler | 4,091.48 | 0.00 | 0.00 |
| 10 | Frontier Communications | 223.93 | 0.00 | 0.00 |
| 11 | WORLD'S FOREMOST BANK | 608.88 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 2-U | Internal Revenue Service | 100.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000
nnewman@muchshelist.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jeffrey Michael Grimm, Sr.  
    Debtor

Case No. 13-21348-JSB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: lhuley     Page 1 of 2     Date Rcvd: Sep 29, 2015  
                     Form ID: pdf006    Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2015.

```
db          +Jeffrey Michael Grimm, Sr.,    5400 Mallard Lane,    Hoffman Estates, IL 60192-4560
aty         +Much Shelist, P.C.,    191 N.Wacker Drive,    Suite 1800,    Chicago, IL 60606-1631
20510852    +Amalgamated Bank,    1 W. Monroe St.,    Chicago, IL 60603-5384
22711457    +Amalgated Bank,    POB 1106,    Chicago, IL 60690-1106
20510853    +Asset Acceptance,    c/o Fulton, Friedman & Gullace LLP,    5 East Van Buren   Suite 214,
              Joliet, IL 60432-4224
22687121    +Atlas Acquisitions LLC   (CITIBANK SOUTH DAKOTA, N),    294 Union St.,
              Hackensack, NJ 07601-4303
20510854     Cabelas WFB,    P.O. Box 82608,    Lincoln, NE 68501-2608
20510855     Capital One National Assoc.,    P.O. Box 26030,    Richmond, VA 23260-6030
22709078     Capital One, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
20510856     Capital One, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
20510857    +Chase,    Attn: Home Equity Loan Servicing,    PO Box 24714,    Columbus OH 43224-0714
20510858    +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
20510859     Citicards CBNA,    P.O. Box 6241,    lbs Cdv Disputes,    Sioux Falls, SD 57117-6241
20510860   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Sq. Plaza,    MD 109064,
              Cincinnati, OH 45263-0001)
22566690    +FIFTH THIRD BANK,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
20510864     GEMB/Sam's Dual Card,    P.O. Box 981400,    El Paso, TX 79998-1400
20510866    +Hermalinda Grimm,    1526 N. Pine,    Arlington Height, IL 60004-3925
20510867    +Hermalinda Grimm,    1526 N. Pine,    Arlington Heights IL 60004-3925
20510865    +Hermalinda Grimm,    1526 N. Pine Ave,    Arlington Heights IL 60004-3925
20510850    +ING,    P.O Box 60,    St. Cloud MN 56302-0060
22563111    +Joanna L. Challacombe,    119 S. Emerson St. #221,    Mt. Prospect, IL 60056-3219
22836063    +John C Wheeler,    as assignee for Mid-Way Supply Inc,    C/O Attorney Michael Weis,
              PO Box 1166,    Northbrook, IL 60065-1166
20510869    +John C. Wheeler, as Assignee,    c/o Michael D. Weis,    P.O. Box 1166,
              Northbrook, IL 60065-1166
22746178    +Midland Credit Management, Inc,    as agent for Asset Acceptance LLC,    PO Box 2036,
              Warren, MI 48090-2036
20510871    +Sears/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
22854381     WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20510851      E-mail/Text: bkr@cardworks.com Sep 30 2015 01:15:16     Advanta Credit Cards,    P.O. Box 9217,
              Old Bethpage, NY 11804-9017
20678906    +E-mail/Text: bnc@atlasacq.com Sep 30 2015 01:15:35     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
20510862      E-mail/Text: bankruptcynotification@frontiercorp.com Sep 30 2015 01:18:28
              Frontier Communications,    19 Johns St.,    Middletown, NY 10940-4918
20510863      E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2015 01:21:00     GECRB/Sam's Club,
              P.O. Box 965005,    Orlando, FL 32896-5005
20510868      E-mail/Text: cio.bncmail@irs.gov Sep 30 2015 01:15:46     Internal Revenue Service,
              Dept. of the Treasury,    P.O. Box 7346,    Philadelphia, PA 19101-7346
20510870      E-mail/Text: bankruptcydpt@mcmcg.com Sep 30 2015 01:16:22     Midland Credit Mgmt. Inc.,
              8875 Aero Dr. #200,    San Diego, CA 92123-2255
20510872    +E-mail/Text: BKRMailOps@weltman.com Sep 30 2015 01:16:41     Weltman Weinberg & Reis,
              180 N. LaSalle #240,    Chicago IL 60601-2704
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20510861*   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Customer Service,    MD 1MOC2G-4050,
              38 Fountain Square Plaza,    Cincinnati OH 45263)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Sep 29, 2015
                              Form ID: pdf006           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2015 at the address(es) listed below:
              Daniel K Robin    on behalf of Debtor Jeffrey Michael Grimm, Sr. danatlaw@aol.com
              Jeffrey M Schwartz    on behalf of Trustee Norman B Newman jschwartz@muchshelist.com,
               nsulak@muchshelist.com
              John A Benson, Jr.    on behalf of Trustee Norman B Newman jbenson@muchshelist.com,
               dwolski@muchshelist.com;sholstrom@muchshelist.com
              Norman B Newman    on behalf of Accountant    Miller Cooper & Co., Ltd. nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    on behalf of Attorney    Much Shelist, P.C. nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman     nnewman@muchshelist.com,    nsulak@muchshelist.com;IL83@ecfcbis.com
              Norman B Newman    on behalf of Trustee Norman B Newman nnewman@muchshelist.com,
               nsulak@muchshelist.com;IL83@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```