## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: GRIMM SR., JEFFREY MICHAEL         § Case No. 13-21348
                                          §
                                          §
                                          §
Debtor(s)                                 §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned: $434,678.00              Assets Exempt: $9,602.00
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $71,650.50    Claims Discharged
                                                  Without Payment: $73,389.00

   Total Expenses of Administration: $43,349.50

   3) Total gross receipts of $ 115,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $115,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $598,000.00 | $97,370.69 | $71,650.50 | $71,650.50 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 54,306.21 | 54,306.21 | 43,349.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1.00 | 300.00 | 300.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 126,944.13 | 73,389.00 | 73,389.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $724,945.13 | $225,365.90 | $199,645.71 | $115,000.00 |

4) This case was originally filed under Chapter 7 on May 21, 2013. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/15/2015          By: /s/NORMAN NEWMAN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2752 Ridgeview Drive, Lake Carroll, IL | 1110-000 | 115,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$115,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 4110-000 | 60,000.00 | 25,720.19 | 0.00 | 0.00 |
| NOTFILED | ING | 4110-000 | 500,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 38,000.00 | N/A | N/A | 0.00 |
| | Security First Title Co. | 4110-000 | N/A | 31,650.50 | 31,650.50 | 31,650.50 |
| | Security First Title Co. | 4110-002 | N/A | 40,000.00 | 40,000.00 | 40,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$598,000.00** | **$97,370.69** | **$71,650.50** | **$71,650.50** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MILLER COOPER | 3410-000 | N/A | 2,740.70 | 2,740.70 | 2,740.70 |
| NORMAN NEWMAN | 2100-000 | N/A | 7,000.00 | 7,000.00 | 4,901.49 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 347.17 | 347.17 | 243.09 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 29,201.00 | 29,201.00 | 20,446.88 |
| Security First Title Co. | 2420-000 | N/A | -182.85 | -182.85 | -182.85 |
| Security First Title Co. | 3510-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Security First Title Co. | 2820-000 | N/A | 3,783.06 | 3,783.06 | 3,783.06 |
| Security First Title Co. | 2600-000 | N/A | 75.00 | 75.00 | 75.00 |
| Security First Title Co. | 2500-000 | N/A | 385.00 | 385.00 | 385.00 |
| Security First Title Co. | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| Security First Title Co. | 2600-000 | N/A | 50.00 | 50.00 | 50.00 |
| Security First Title Co. | 2600-000 | N/A | 50.00 | 50.00 | 50.00 |
| Security First Title Co. | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Security First Title Co. | 2820-000 | N/A | 172.50 | 172.50 | 172.50 |
| Security First Title Co. | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |
| Security First Title Co. | 2820-000 | N/A | 4,459.17 | 4,459.17 | 4,459.17 |
| Security First Title Co. | 3510-000 | N/A | 750.00 | 750.00 | 750.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.35 | 12.35 | 12.35 |
| Rabobank, N.A. | 2600-000 | N/A | 46.64 | 46.64 | 46.64 |
| Rabobank, N.A. | 2600-000 | N/A | 40.85 | 40.85 | 40.85 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 9.80 | 9.80 | 9.80 |
| Rabobank, N.A. | 2600-000 | N/A | 34.94 | 34.94 | 34.94 |
| Rabobank, N.A. | 2600-000 | N/A | 39.86 | 39.86 | 39.86 |
| Rabobank, N.A. | 2600-000 | N/A | 37.31 | 37.31 | 37.31 |
| Rabobank, N.A. | 2600-000 | N/A | 36.02 | 36.02 | 36.02 |
| Rabobank, N.A. | 2600-000 | N/A | 39.69 | 39.69 | 39.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $54,306.21 | $54,306.21 | $43,349.50 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-P | Internal Revenue Service | 5800-000 | 1.00 | 300.00 | 300.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1.00 | $300.00 | $300.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Atlas Acquisitions LLC (CITIBANK SOUTH DAKOTA, N) | 7100-000 | 12,100.00 | 13,867.01 | 13,867.01 | 0.00 |
| 4 | Capital One, N.A. | 7100-000 | 24,072.00 | 24,469.92 | 24,469.92 | 0.00 |
| 5 | Amalgated Bank | 7100-000 | 3,914.00 | 3,914.69 | 3,914.69 | 0.00 |
| 6 | Midland Credit Management, Inc | 7100-000 | 1,272.00 | 10,951.00 | 10,951.00 | 0.00 |
| 7 | Midland Credit Management, Inc | 7100-000 | 1,105.00 | 2,393.31 | 2,393.31 | 0.00 |
| 8 | Midland Credit Management, Inc | 7100-000 | 20,682.17 | 12,768.78 | 12,768.78 | 0.00 |
| 9 | John C Wheeler | 7100-000 | 5,738.96 | 4,091.48 | 4,091.48 | 0.00 |
| 10 | Frontier Communications | 7100-000 | 223.00 | 223.93 | 223.93 | 0.00 |
| 11 | WORLD'S FOREMOST BANK | 7100-000 | 608.00 | 608.88 | 608.88 | 0.00 |
| 2-U | Internal Revenue Service | 7100-000 | N/A | 100.00 | 100.00 | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 13,638.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Sam's Club | 7100-000 | 1,070.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/Sam's Dual Card | 7100-000 | 18,506.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicards CBNA | 7100-000 | 8,311.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Credit Cards | 7100-000 | 9,314.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Capital One, N.A. | 7100-000 | 6,390.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $126,944.13 | $73,389.00 | $73,389.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-21348  
**Case Name:** GRIMM SR., JEFFREY MICHAEL  

**Period Ending:** 12/15/15

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 05/21/13 (f)  
**§341(a) Meeting Date:** 06/24/13  
**Claims Bar Date:** 02/19/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1611 S. Princeton, Arlington Heights, IL 60005<br>Imported from original petition Doc# 1 | 425,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2752 Ridgeview Drive, Lake Carroll, IL<br>Imported from original petition Doc# 1 | 80,000.00 | 50,000.00 | | 115,000.00 | FA |
| 3 | nominal cash<br>Imported from original petition Doc# 1 | 75.00 | 75.00 | | 0.00 | FA |
| 4 | misc furniture furnishings and electronics<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 5 | clothing<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | term life policy with AIG<br>Imported from original petition Doc# 1 | 1.00 | 1.00 | | 0.00 | FA |
| 7 | Union Benefits<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 8 | 100% of the stock in Contact Heating and Air<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 9 | Ex-wife's 401(k)<br>Imported from original petition Doc# 1 | 9,000.00 | 0.00 | | 0.00 | FA |
| 10 | Tax Refund<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$514,678.00** | **$50,076.00** | | **$115,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sold real estate in Lake Carroll, Illinois.  Received tax returns.

**Initial Projected Date Of Final Report (TFR):** November 30, 2014     **Current Projected Date Of Final Report (TFR):** September 28, 2015  (Actual)

Printed: 12/15/2015 12:02 PM     V.13.25

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-21348  
**Case Name:** GRIMM SR., JEFFREY MICHAEL  
**Taxpayer ID #:** **-***1796  
**Period Ending:** 12/15/15  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******9066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/17/14 | | Security First Title Co. | Proceeds from the Sale of Property | | | 28,629.62 | | 28,629.62 |
| | {2} | | Sales Price | 115,000.00 | 1110-000 | | | 28,629.62 |
| | | | LCA Dues | 182.85 | 2420-000 | | | 28,629.62 |
| | | | Mortgage Payoff-Fifth Third Bank | -31,650.50 | 4110-000 | | | 28,629.62 |
| | | | Broker Commission | -5,000.00 | 3510-000 | | | 28,629.62 |
| | | | County Tax | -3,783.06 | 2820-000 | | | 28,629.62 |
| | | | Co-Owner Terrence Grimm | -40,000.00 | 4110-002 | | | 28,629.62 |
| | | | Document Preparation | -75.00 | 2600-000 | | | 28,629.62 |
| | | | Title Insurance | -385.00 | 2500-000 | | | 28,629.62 |
| | | | State Title Policy Fee | -3.00 | 2500-000 | | | 28,629.62 |
| | | | UPS Overnight fee | -50.00 | 2600-000 | | | 28,629.62 |
| | | | Wire Fee | -50.00 | 2600-000 | | | 28,629.62 |
| | | | Seller CPL | -50.00 | 2500-000 | | | 28,629.62 |
| | | | State Tax-Stamps | -172.50 | 2820-000 | | | 28,629.62 |
| | | | Transfer Fee | -125.00 | 2500-000 | | | 28,629.62 |
| | | | 2013 Real Estate Taxes | -4,459.17 | 2820-000 | | | 28,629.62 |
| | | | Additional Payment to Real Estate Broker | -750.00 | 3510-000 | | | 28,629.62 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.35 | 28,617.27 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 46.64 | 28,570.63 |
| 01/22/15 | 101 | MILLER COOPER | Payment of Retainer | | 3410-000 | | 2,500.00 | 26,070.63 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 40.85 | 26,029.78 |
| 02/11/15 | 102 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-21348, Bond Number 10BSBGR6291 Voided on 02/11/15 | | 2300-000 | | 9.60 | 26,020.18 |
| 02/11/15 | 102 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-21348, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | | 2300-000 | | -9.60 | 26,029.78 |
| 02/11/15 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-21348, Bond Number 10BSBGR6291 Voided on 02/11/15 | | 2300-000 | | 9.80 | 26,019.98 |
| 02/11/15 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE | | 2300-000 | | -9.80 | 26,029.78 |

Subtotals :        $28,629.62        $2,599.84

{} Asset reference(s)                                                                                      Printed: 12/15/2015 12:02 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 13-21348 | **Trustee:** NORMAN NEWMAN (330270) |
| **Case Name:** GRIMM SR., JEFFREY MICHAEL | **Bank Name:** RABOBANK, N.A. |
| | **Account:** ******9066 - Checking Account |
| **Taxpayer ID #:** **-***1796 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/15/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | #13-21348, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | | | | |
| 02/11/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #13-21348, BOND NUMBER 10BSBGR6291 | 2300-000 | | 9.80 | 26,019.98 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.94 | 25,985.04 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.86 | 25,945.18 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.31 | 25,907.87 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.02 | 25,871.85 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.69 | 25,832.16 |
| 10/28/15 | 105 | MILLER COOPER | Dividend paid 100.00% on $2,740.70, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 240.70 | 25,591.46 |
| 10/28/15 | 106 | NORMAN NEWMAN | Dividend paid 70.02% on $7,000.00, Trustee Compensation; Reference: | 2100-000 | | 4,901.49 | 20,689.97 |
| 10/28/15 | 107 | MUCH SHELIST, P.C. | Dividend paid 70.02% on $347.17, Attorney for Trustee Expenses 0010934.0001 | 3120-000 | | 243.09 | 20,446.88 |
| 10/28/15 | 108 | MUCH SHELIST, P.C. | Dividend paid 70.02% on $29,201.00, Attorney for Trustee Fees 0010934.0001 | 3110-000 | | 20,446.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 28,629.62 | 28,629.62 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 28,629.62 | 28,629.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,629.62** | **$28,629.62** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9066** | 28,629.62 | 28,629.62 | 0.00 |
| | $28,629.62 | $28,629.62 | $0.00 |

{} Asset reference(s)                                                                                                 Printed: 12/15/2015 12:02 PM    V.13.25